IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RANDALL MASON )
)
v. ) NO. 3-10-1025
) JUDGE CAMPBELL
GUNNAR J. TIEDT, et al. )

ORDER

Before the Court can set this matter for trial pursuant to the Initial Case Management Order (Docket No. 21), the parties shall file briefs, on or before February 16, 2011, as to whether they are entitled to a jury trial in this action.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE