IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RANDALL MASON )
)
v. ) NO. 3-10-1025
) JUDGE CAMPBELL
GUNNAR J. TIEDT, et al. )

ORDER

The parties have filed a Stipulation of Voluntary Dismissal (Docket No. 25). Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. Any pending Motions are denied as moot. The bench trial set for March 20, 2012, and the pretrial conference set for March 12, 2012, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE